

## KETTERMAN HEDLESTEN & AMANN, PLLC
www.khalawyers.com



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC 1 4 2015

CHRISTOPHER A. PRINE
CLERK

**JULIE A. KETTERMAN**
Certified Family / CPS Mediator
julie@khalawyers.com

**JAMES R. HEDLESTEN**
james@khalawyers.com

**COLIN B. AMANN**
colin@khalawyers.com

December 10, 2015

_**Sent via email: bmeyer@cbylaw.com**_

First Court of Appeals
Attn: Christopher A. Prine,
Clerk of the Court
301 Fannin Street
Houston, Texas 77002

      RE:    Cause No. 01-15-00755-CV; Brandy M Weido v. Don Weido

Mr. Prine:

We **do not** represent Don Weido in this appeal. As a courtesy to our former client in the initial matter, please be advised that Don Weido will not be filing a Motion for Extension of Time nor a Brief. This matter may be considered by the Court without any further action from Mr. Weido.

If you have any questions, you may contact Don Weido directly.

Sincerely,

James R. Hedlesten

JRH/cdw

KHA PLLC
LAWYERS

The Isis Building
1004 Prairie, Suite 300
Houston, TX 77002

$0.485
U.S. POSTAGE
FIRST-CLASS
062S0005230537
77002

NORTH HOUSTON TX 77~

11 DEC 2015 PM 9 L

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC 14 2015

CHRISTOPHER A. PRINE
CLERK

FIRST COURT OF APPEALS
ATTN: CHRISTOPHER A. PRINE
CLERK OF THE COURT
301 FANNIN ST.
HOUSTON, TEXAS 77002

77002ᶻ066 C016